**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:12-cv-00368-MR-DLH**

| | | |
|---|---|---|
| **PETER JOSEPH THOMAS, et al.** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **WILDERNESS TRAIL DEVELOPMENT** | ) | |
| **CORPORATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte*.

On January 30, 2013, the Court entered a Pretrial Order and Case Management Plan, ordering the parties to select and agree upon a mediator and to file with the Court a report identifying their selected mediator by February 20, 2013. [Doc. 15 at 1, 6]. To date, no such report has been filed.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall file a report identifying their selected mediator within seven (7) days of the entry of this Order.

Signed: February 28, 2013

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge