THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00368-MR-DLH

PETER JOSEPH THOMAS, LINDA B. )
THOMAS, HERBERT JOHN )
BOESCHEN, II and BEVERLY ANN )
BOESCHEN, )
 )
          Plaintiffs, )
 )
vs. )         **O R D E R**
 )
WILDERNESS TRAIL DEVELOPMENT )
CORPORATION, a North Carolina )
Corporation, and JOHN PAUL )
COGDILL, )
 )
          Defendants. )
_____ )

    **THIS MATTER** is before the Court *sua sponte.*

    This matter was stayed on December 31, 2013, based on the Notice of Suggestion of Bankruptcy filed by Defendant Wilderness Trail Development Corporation. [Doc. 20]. Upon review of the record of this matter, the Court concludes that a report is required from the parties regarding the status of this action.

**IT IS, THEREFORE, ORDERED** that, within fourteen (14) days of the entry of this Order, the parties shall file a report regarding the status of this action.

**IT IS SO ORDERED.**

Signed: June 22, 2017

Martin Reidinger
United States District Judge