THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00368-MR-DLH

| | |
|---|---|
| PETER JOSEPH THOMAS, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>WILDERNESS TRAIL DEVELOPMENT )<br>CORPORATION, et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Status Report [Doc. 23].

Upon review of the Plaintiff's Status Report, the Court enters the following Order.

**IT IS, THEREFORE, ORDERED** that the parties shall provide the Court with a report of the status of the ongoing bankruptcy proceedings every 30 days until such bankruptcy proceeding is closed.

**IT IS SO ORDERED.**

Signed: July 7, 2017

Martin Reidinger
United States District Judge